**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6194

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JONATHAN T. HOUGH,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-01-107)

Submitted:  August 17, 2005          Decided:  September 6, 2005

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jonathan T. Hough, Appellant Pro Se.  Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan T. Hough seeks to appeal his conviction and sentence. We conclude that Hough's notice of appeal is untimely. A notice of appeal in a criminal case must be filed within ten days of the entry of judgment being appealed. Fed. R. App. P. 4(b)(1). The district court, upon a finding of excusable neglect or good cause, may extend the time period for filing a notice of appeal an additional thirty days. Fed. R. App. P. 4(b)(4). The appeal periods established by Rule 4 are mandatory and jurisdictional. Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978); United States v. Raynor, 939 F.2d 191, 197 (4th Cir. 1991). The district court entered its judgment on October 31, 2001, and Hough filed his notice of appeal on January 25, 2005, over three years after his conviction. As Hough's appeal is untimely, we dismiss his appeal for lack of jurisdiction. We deny Hough's motion to hold the appeal in abeyance pending the district court's ruling on his motion for leave to file an appeal out of time, as the district court does not have jurisdiction to grant an extension beyond the period set forth in Rule 4(b).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED